**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**N. RICHLAND HILLS, TEXAS  76180-6608**
**Telephone (817) 770-8500**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **Case No:**  09-43881-DML |
| **Juan Jose Silva & Emigdia Cisneros Silva** | **Pre-Hearing Conference:** <br> **Friday, October 2, 2009** |
| **Debtors,** | **Docket Call at 8:30 AM** |

### TRUSTEE'S OBJECTION TO CONFIRMATION

**TO THE HONORABLE DENNIS MICHAEL LYNN, U.S. BANKRUPTCY JUDGE:**

   Now comes Tim Truman, the Standing Chapter 13 Trustee and files this his "Trustee's Objection to Confirmation" of the Plan heretofore filed herein by Debtors, and for the same would respectfully show the Court as follows:

   Based on information provided by the Debtors, the Trustee is unable to determine if the Plan meets the requirements of 11 U.S.C. Section 1322 and 11 U.S.C. Section 1325.  In this regard the Trustee would show the following:

   The Debtor has been scheduled for a business interview on September 1, 2009.  Therefore, until the financial affairs of the Debtor are more completely examined, the Trustee currently is unable to recommend confirmation of the plan.

   **WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that said Plan not be confirmed unless and until it has been modified to cure all objections set forth herein above, and for general relief.

Respectfully submitted,

By:  /s/ Angela D. Allen

Tim Truman, Bar# 20258000
Standing Chapter 13 Trustee
Angela Allen, Bar# 007869700
Staff Attorney

Trustee's Objection to Confirmation                                                                                                    Page 2
Case No: 09-43881-DML

# CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing "Trustee's Objection to Confirmation" was served on all parties enlisted to receive electronic notice on August 21, 2009, as well as all parties entitled to received notice but not enlisted to receive electronic notice (including the Debtor and parties who have filed a notice of appearance requesting service by mail) by first class

                                                          /s/ Angela D. Allen

                                                          Tim Truman, Angela Allen