



**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**United States Bankruptcy Judge**

**Signed May 27, 2010**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| IN RE: | § | Case Number: 09-43881-DML |
|---|---|---|
| Juan Jose Silva & Emigdia Cisneros Silva | § | Chapter 13 |
| | § | JUDGE DENNIS MICHAEL LYNN |
| DEBTOR(S) | | |

---

**ORDER APPROVING TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS,
OBJECTION TO CLAIMS, AND PLAN MODIFICATION (if required)**

---

CAME ON FOR CONSIDERATION the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required). The Court hereby approves such recommendation/ modification, subject to reconsideration for cause pursuant to 11 U.S.C. §502(j) and Bankruptcy Rule 3008.

It is therefore ORDERED, ADJUDGED AND DECREED that the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) is hereby approved, except:

### # # # END OF ORDER # # #