# EXHIBIT A
# IN RE JUAN & EMIGDIA SILVA
# 09-43881-DML-13
# CATEGORIZED TIME ENTRIES

| DATE | TIMEKEEPER | ACTION | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | **PREPARATION OF SCHEDULES, CHAPTER 13 PLAN AND OTHER REQUIRED COURT FILINGS** | | | |
| 06/24/2009 | MBF | Office Conference with Client to discuss financial issues, pending foreclosure and bankruptcy options | 2.0 | $300.00 | $600.00 |
| 06/28/2009 | JN | Prepare Bankruptcy Schedules and SOFA | 5.00 | $50.00 | $250.00 |
| 06/29/2009 | JN | Work on Schedules and SOFA | 3.00 | $50.00 | $150.00 |
| 06/29/2009 | MBF | Prepare Chapter 13 Plan | 0.70 | $300.00 | $210.00 |
| 06/30/2009 | JN | Work on Getting Paperwork Ready for Finalize Appointment | 2.00 | $50.00 | $100.00 |
| 06/30/2009 | MBF | Review draft of Bankruptcy Paperwork | 1.00 | $300.00 | $300.00 |
| 07/01/2009 | MBF | Office Conference with Client to review and sign Bankruptcy paperwork | 1.20 | $300.00 | $360.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/2009 | JN | File Bankruptcy Paperwork with the Court | 1.00 | $50.00 | $ 50.00 |
| | | | | **TOTAL** | **$2,020.00** |

### 341 MEETING

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/11/2009 | MBF | Review file in preparation for Section 341 Meeting of Creditors | 0.40 | $300.00 | $120.00 |
| 08/11/2009 | MBF | Attend Section 341 Meeting of Creditors | 1.40 | $300.00 | $420.00 |
| 08/12/2009 | GK | Correspondence regarding continued 341 Meeting. Scanned and filed Debtor Education Certificates. Sent copies of filing receipt and certificates to Clients. | 0.20 | $50.00 | $ 10.00 |
| 08/17/2009 | MBF | Receipt and review of Trustee's Report from 341 Meeting | 0.20 | $300.00 | $ 60.00 |
| 08/17/2009 | MBF | Draft letter to Client regarding contents of 341 Report | 0.20 | $300.00 | $ 60.00 |
| 09/01/2009 | MBF | Attend Section 341 Meeting of Creditors, Level 2 Business | 1.10 | $300.00 | $330.00 |
| | | | | **TOTAL** | **$1,000.00** |

## GENERAL COMMUNICATION WITH CLIENT REGARDING CASE

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/29/2009 | JN | Telephone Conference with Client regarding worksheet – how to list the lots | 0.10 | $50.00 | $ 5.00 |
| 07/01/2009 | JN | Mail correspondence to Client regarding Bankruptcy Filing & Notice of 341 Hearing | 0.30 | $50.00 | $ 15.00 |
| 07/16/2009 | JN | Telephone Conference with Client regarding mortgage payments | 0.20 | $50.00 | $ 10.00 |
| 07/28/2009 | JN | Telephone Conference with Client regarding tax returns | 0.20 | $50.00 | $ 10.00 |
| 08/10/2009 | MBF | Review/Analyze Claim filed by the IRS and communication with Clients regarding increased amount claimed | 0.20 | $300.00 | $ 10.00 |
| 08/21/2009 | JN | Telephone Conference with Client regarding Notice to Dismiss received from the Court | 0.20 | $50.00 | $ 10.00 |
| 09/03/2009 | MBF | Receipt and Review of Trustee's Objection to Confirmation and Communication with Clients regarding this Objection | 0.10 | $300.00 | $ 30.00 |
| 09/03/2009 | MBF | Communication with Clients regarding Confirmation Date | 0.10 | $300.00 | $ 30.00 |
| 09/03/2009 | MBF | Receipt and Review of Substantial Claim Filed by Star Community Newspapers and Communication with Clients regarding | | | |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | This Claim | 0.10 | $300.00 | $ 30.00 |
| 09/03/2009 | MBF | Receipt and Review of Trustee's MTD for FTC and Communication with Clients Regarding this Motion | 0.10 | $300.00 | $ 30.00 |
| 09/03/2009 | MBF | Receipt and Review of IRS POC and communication with Clients regarding effect of this Claim on Plan Payments | 0.10 | $300.00 | $ 30.00 |
| 10/18/2009 | GK | Correspondence to Clients Regarding Hearing on Confirmation of Ch 13 Plan | 0.10 | $50.00 | $ 5.00 |
| 11/16/2009 | MBF | Review/Analyze POC from Mortgage Company and Communication with Clients regarding Amount of Claimed Arrears | 0.20 | $300.00 | $ 60.00 |
| 11/18/2009 | JN | Correspondence to Clients regarding Pre-Hearing Conference on Confirmation Results | 0.20 | $50.00 | $ 10.00 |
| 11/18/2009 | JN | Telephone Conference with Client regarding mortgage and interest | 0.10 | $50.00 | $ 5.00 |
| 12/02/2009 | JN | Telephone Conference with Client regarding listing lots for sale | 0.10 | $50.00 | $ 5.00 |
| 01/08/2010 | JN | Correspondence to Clients regarding Confirmation Order | 0.10 | $50.00 | $ 5.00 |
| 02/19/2010 | MBF | Communication with Clients regarding Property Taxes for 2009 | 0.20 | $300.00 | $ 60.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/08/2010 | MBF | Communication with Clients regarding TRCC | 0.20 | $300.00 | $ 60.00 |
| | | | | **TOTAL** | **$420.00** |

### GENERAL COMMUNICATION WITH OTHER CREDITORS REGARDING CASE

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/10/2009 | MBF | Communication with Sid Lang with Canty Hanger about Star Community Newspaper Unsecured Debt | 0.20 | $300.00 | $ 60.00 |
| 09/29/2009 | JN | Communication with John Polzer, Attorney for American Community Newspapers about amended Plan | 0.20 | $50.00 | $ 10.00 |
| | | | | **TOTAL** | **$ 70.00** |

### TIME SPENT DEALING WITH ISSUES INVOLVING JP MORGAN CHASE BANK

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/26/2009 | SS | Research opposing Counsel regarding the JP Morgan Chase Bank Suit Cause No.08-12471 | 0.50 | $75.00 | $ 37.50 |
| 07/01/2009 | JN | Fax Notice of Bankruptcy Filing to Counsel for Chase | 0.10 | $50.00 | $ 5.00 |
| 08/10/2009 | GK | Correspondence-sent Copy of Letter from JP Morgan Chase Bank to Client | 0.10 | $50.00 | $ 5.00 |
| 12/02/2009 | JN | Telephone Conference with Client regarding Motion for Relief | 0.10 | $50.00 | $ 5.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/03/2009 | MBF | Receipt and Review of Motion for Relief Filed by Chase | 0.20 | $300.00 | $ 60.00 |
| 12/03/2009 | MBF | Draft Letter to Clients regarding Chase Motion for Relief | 0.50 | $300.00 | $150.00 |
| 12/03/2009 | SS | Draft Response to JP Morgan's MFR and Declaration | 1.00 | $75.00 | $ 75.00 |
| 12/04/2009 | SS | File and Serve Response to Chase Bank's Motion for Relief | 0.20 | $ 75.00 | $15.00 |
| 12/04/2009 | SS | Revise Declaration in Support of Motion for Relief | 0.20 | $ 75.00 | $15.00 |
| 12/04/2009 | SS | Communication with Client regarding Declaration | 0.10 | $ 75.00 | $ 7.50 |
| 12/10/2009 | MBF | Attend Preliminary Hearing on Motion for Relief and Negotiate Agreement to Pass Hearing to a Final One and Discuss Parameters For a Possible Agreed Order | 1.50 | $300.00 | $150.00 |
| 12/14/2009 | MBF | Multiple Communication with Client and Chase's Counsel regarding Payments in Property | 0.20 | $300.00 | $ 60.00 |
| 12/15/2009 | MBF | Communication with Clients and Chase's Counsel regarding Payments on Property | 0.20 | $300.00 | $ 60.00 |
| 12/21/2009 | MBF | Communication with Client regarding Final | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Hearing on MFR filed by Chase | 0.20 | $300.00 | $ 60.00 |
| 12/21/2009 | MBF | Receipt and Review of Affidavit from Chase regarding Amount Due on Mortgage | 0.20 | $300.00 | $ 60.00 |
| 12/28/2009 | MBF | Communication with Client about possible Offer to Bank to get more time to sell property | 0.10 | $300.00 | $ 30.00 |
| 01/04/2010 | MBF | Prepare Testimony for Emmy Silva for MFR Hearing ( Chase ) | 0.40 | $300.00 | $120.00 |
| 01/04/2010 | MBF | Telephone Conference with Client regarding upcoming Hearing on Chase MFR | 0.20 | $300.00 | $ 60.00 |
| 01/04/2010 | MBF | Prepare Stipulation for Hearing on Chase MFR | 0.60 | $300.00 | $180.00 |
| 01/04/2010 | MBF | Prepare Opening | 0.30 | $300.00 | $ 90.00 |
| 01/04/2010 | MBF | Prepare Proposed Order Reflecting Ruling on Motion for Relief | 0.40 | $300.00 | $120.00 |
| 01/05/2010 | MBF | Communication with Chase's Attorney regarding Stipulated Facts and Adequate Protection Proposal | 0.20 | $300.00 | $ 60.00 |
| 01/06/2010 | MBF | Attend Evidentiary Hearing on Chase MFR | 2.50 | $300.00 | $750.00 |
| 01/08/2010 | MBF | Communication with Chase's Counsel regarding Form of Order reflecting Court's Ruling on MFR | 0.30 | $300.00 | $ 90.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/13/2010 | MBF | Communication with Chase's Counsel regarding Form of Order | 0.20 | $300.00 | $ 60.00 |
| 01/18/2010 | MBF | Communication with Client regarding Adequate Protection Payments to Chase And Payments to Propel | 0.20 | $300.00 | $ 60.00 |
| 01/18/2010 | MBF | Draft Letter to Chase's Counsel and Order reflecting my view of Court's Ruling | 0.40 | $300.00 | $120.00 |
| 01/29/2010 | LS | Telephone Conference with DaFoe about the 2 Proposed Orders | 0.20 | $150.00 | $ 30.00 |
| 02/01/2010 | LS | Follow-up Telephone Conference with DaFoe about the 2 Proposed Orders | 0.10 | $150.00 | $ 15.00 |
| 02/02/2010 | LS | Review/Analyze Client Folder, Phone Call to Dafoe to Discuss Order | 0.70 | $150.00 | $105.00 |
| 02/03/2010 | LS | Upload Proposed Orders | 0.30 | $150.00 | $ 45.00 |
| 02/17/2010 | MBF | Communication with Chase's Counsel regarding Payment of Attorney's Fees | 0.10 | $300.00 | $ 30.00 |
| 02/17/2010 | MBF | Receipt and Review of Order on Chase's Life Stay Motion and Communication With Clients regarding this Order | 0.20 | $300.00 | $ 60.00 |
| 05/19/2010 | MBF | Communication with Chase's Counsel regarding 5/10 payment and efforts to sell property | 0.20 | $300.00 | $ 60.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/19/2010 | SS | Communication with Client regarding Chase payment and efforts to sell property | 0.20 | $75.00 | $ 15.00 |
| 05/21/2010 | SS | Email Client new address for Chase payment | 0.10 | $75.00 | $ 7.50 |
| | | | | **TOTAL** | **$2,872.50** |

**TIME SPENT ADDRESSING TAX ISSUES**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/17/2009 | MBF | Review/Analyze Comptroller Records regarding Status of El Extra, Inc. | 0.30 | $300.00 | $ 90.00 |
| 08/25/2009 | SS | Prepare a chart of Account Numbers with Addresses, Legal Descriptions, Values And Amounts due from Dallas County Appraisal districts Website | 1.00 | $ 75.00 | $ 75.00 |
| 09/03/2009 | MBF | Receipt and Review of Letter Agreement on Property Taxes from Dallas County | 0.20 | $300.00 | $ 60.00 |
| | | | | **TOTAL** | **$225.00** |

**TIME SPENT ADDRESSING THE TRCC**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/2009 | MBF | Prepare Amended Chapter 13 Plan that Reflects IRS Priority Claim and Reduced Amount of Non-Exempt Property per Trustee's 341 Report | 0.20 | $300.00 | $ 60.00 |
| 09/24/2009 | MBF | Work on Amended Plan to reflect IRS Claim and Reduced Non-Exempt Property | 0.40 | $300.00 | $120.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/10/2009 | SS | Work on Claims Register Summary | 1.50 | $75.00 | $112.50 |
| 11/11/2009 | MBF | Review/Analyze Claim Register Summary | 0.40 | $300.00 | $120.00 |
| 11/16/2009 | SS | Draft Objection to Claim 11 – LVNV Funding LLC | 0.80 | $75.00 | $60.00 |
| 12/01/2009 | MBF | Office Conference with Clients regarding Claims | 0.50 | $300.00 | $300.00 |
| 12/01/2009 | JN | Office Conference with Clients regarding Claims | 0.50 | $50.00 | $25.00 |
| 12/22/2009 | SS | Draft Objection to Claims 3, 11, 12, and 14 | 1.00 | $75.00 | $75.00 |
| 12/23/2009 | SS | Work on Objection to Claims 3, 11, 12, and 14 | 1.30 | $75.00 | $97.50 |
| 12/23/2009 | SS | Draft POC for John Salazar and Capital One | 0.60 | $75.00 | $45.00 |
| 01/05/2010 | MBF | Review/Analyze POC for Capital One SBA Loan and Telephone Conference with Client Regarding this Claim | 0.20 | $300.00 | $60.00 |
| 01/07/2010 | MBF | Correspondence to Capital One transmitting the Claim we filed | 0.10 | $300.00 | $30.00 |
| 01/12/2010 | MBF | Email John Lane with Propel about Objection | 0.10 | $300.00 | $30.00 |
| 01/18/2010 | MBF | Email correspondence with Clients about Propel Objection and payments | 0.30 | $300.00 | $90.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/08/2010 | MBF | Receipt and Review of Orders Granting Claim Objections | 0.10 | $300.00 | $ 30.00 |
| 02/09/2010 | LS | Correspondence to Clients regarding Orders Granting Objections to Claims | 0.10 | $150.00 | $ 15.00 |
| 02/26/2010 | MBF | Receipt and Review of TRCC | 0.20 | $300.00 | $ 60.00 |
| 02/26/2010 | LS | Draft TRCC Letter, Review TRCC, Claim Issue | 1.30 | $150.00 | $195.00 |
| 04/09/2010 | LS | Attend PHC on TRCC – passed till May | 1.00 | $150.00 | $150.00 |
| 04/12/2010 | KE | Correspondence to Client regarding results of PHC on TRCC | 0.20 | $50.00 | $ 10.00 |
| 05/14/2010 | JN | Attended PHC on TRCC | 1.50 | $50.00 | $125.00 |
|  |  |  |  | **TOTAL** | **$1,810.00** |

**TIME SPENT ON APPLICATION FOR
ALLOWANCE OF ATTORNEY'S FEES AND EXPENSES**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/11/2010 | SS | Work on Timesheet for Fee Application | 3.00 | $ 75.00 | $ 225.00 |
| 05/14/2010 | SS | Work on Fee Application | 0.70 | $ 75.00 | $ 52.50 |
| 05/17/2010 | SS | Work on Fee Application | 1.50 | $75.00 | $112.50 |
| 05/19/2010 | SS | Work on Fee Application | 2.00 | $75.00 | $150.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/19/2010 | JN | Research payment history in Trust Account | 0.10 | $ 50.00 | $ 5.00 |
| 05/20/2010 | SS | Work on and Email Fee Application to Client for Review | 2.00 | $75.00 | $150.00 |
| | | | | **TOTAL** | **$695.00** |

**TOTAL SPENT ON CASE**     **$9,112.00**