# Fee Application of Mark B. French Cover Sheet
## In Re: Juan  & Emigdia Silva
## 09-43881-DML-13

**Period:**    June 24, 2009 through May 31, 2010

**Capacity:**    Attorney

**Debtors:**    Juan Jose' Silva & Emigdia Cisneros Silva

**Case No.:**    09-43881-DML-13

**Amount Previously Paid:**

Fees:    $3,500.00*        Expenses:    $324.00**

| **Time & Expenses:** | | **Reductions:** | | **Amount Requested:** | |
|---|---|---|---|---|---|
| Fees: | $9,112.00 | Fees: | $1,112.00*** | Fees: | $8,000.00 |
| Expenses: | $324.00 | Expenses: | $0.00 | Expenses: | $324.00 |
| Total: | $9,436.00 | Total: | $1,112.00 | Total: | $8,324.00**** |

| **Hourly Rates** | **Attorney** | **Associate** | **Law Clerk** | **Legal Assistant** |
|---|---|---|---|---|
| Highest Rates: | $300.00 | $150.00 | $75.00 | $50.00 |
| Hours Billed: | 21.6 | 3.7 | 17.7 | 15.6 |

| **Timekeepers** | **Rate** | **Hours** |
|---|---|---|
| Mark B. French (MBF) | $300.00 | 21.6 |
| Lindsay Steele (LS) | $150.00 | 3.70 |
| Shari Stevens (SS) | $75.00 | 17.7 |
| Janet Nolley (JN) | $50.00 | 15.0 |

| | | |
|---|---|---|
| Kristi Erickstad (KE) | $50.00 | 0.20 |
| Gail Killough (GK) | $50.00 | 0.40 |

| | |
|---|---|
| /s/ Mark B. French | June 8, 2010 |
| Mark B. French | Date |

\*    per General Order 2009-03
\*\*   filing fee and credit counseling certificate
\*\*\*  voluntary reduction based on Client's limited financial means
\*\*\*\* includes $3,824.00 previously paid