**Filed by:**

**Mark B. French**
**1901 Central Drive, Suite 704**
**Bedford, Texas 76021**
**(817) 268-0505**
**(817) 632-5413 fax**
<mark@markfrenchlaw.com> **email**

**ATTORNEY FOR JUAN JOSE SILVA**
**& EMIGDIA CISNEROS SILVA**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-43881-DML-13 |
| JUAN JOSE SILVA | |
| | CHAPTER 13 |
| & EMIGDIA CISNEROS SILVA | |
| DEBTOR | JUDGE D. MICHAEL LYNN |

DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION
DATE: December 1, 2011

Pursuant to 11 USC 1329 the Debtor requests the following modification(s) to the Debtor's original or last modified Chapter 13 plan:

**History of Case**

| | | | |
|---|---|---|---|
| Petition Date: | 07/01/2009 | Total Paid In (Received to Date): | $29,550 |
| 341 Date: | 08/11/2009 | Amount Due to be Current: | $0 |
| Confirmation Date: | 01/05/2010 | Old Plan Base: | $41,950 |

**Changes to Trustee Payments**

**Current Plan Payment to Trustee Amounts and Term:**

| Start Date | Number of Months | Amount |
|---|---|---|
| 7/2009 | 13 | $ 250.00 |
| 8/2010 | 2 | $ 250.00 |
| 10/2010 | 3 | $ 400.00 |
| 1/2011 | 1 | $ 5,000.00 |
| 5/2011 | 5 | $ 400.00 |
| 7/2011 | 1 | $16,000.00 |
| 8/2011 | 35 | $ 400.00 |

**The plan payment amount will be changed to**:

| Start Date | Number of Months | Amount |
|---|---|---|
| 1/2012* | 31 | $ 720.00 |

**\* payments before start date above are unchanged from prior plan**

New Plan Base Amount: $50,430

Modification of Chapter 13 Plan After Confirmation                                            Page 1

**AND**

Plan payments to the Trustee as listed above will resume on or before December 1, 2011 (within 30 days from the date of this **Modification**). If the Debtors are subject to a wage order, the Chapter 13 Trustee will change the amount withheld from the Debtor(s) wages to match the terms of the Plan, as modified herein, effective on the date this modification is filed.

### Changes to Payments to Creditors

Change treatment of the following claim(s):
**From:**

| Name | Collateral | Treatment | No. | Claim Class | Sched. Amount | Claim Amount | %Rate | Value |
|---|---|---|---|---|---|---|---|---|
| Chase | Homestead (Pre Arr) | Pro Rata | 1 | Secured | $2,200 | $6,248.64 | 0% | $144,730 |
| Chase | Homestead (Post Arr) | Pro Rata | 45 | Secured | $0 | $4,441.62 | 0% | $144,730 |
| Chase | Hometead (2nd Lien) | Pay Direct | 40 | Secured | $18,800 | $16,605.70 | 3.25% | $144,730 |

**To:**

| Name | Collateral | Treatment | No. | Class | Amount | Amount | %Rate | Value |
|---|---|---|---|---|---|---|---|---|
| Chase | Homestead (Pre Arr) | Pro Rata | 1 | Secured | $935.30 | $6,248.64 | 0% | $144,730 |
| Chase | Homestead (Post Arr) | Pro Rata | 45 | Secured | $623.43 | $4,441.62 | 0% | $144,730 |
| Chase | Homestead (Pre Arr) | Pay Direct | 1 | Secured | $3,818.19 | $6,248.64 | 0% | $144,730 |
| Chase | Homestead (Post Arr) | Pay Direct | 45 | Secured | $5,313.34 | $4,441.62 | 0% | $144,730 |
| Chase | Hometead (2nd Lien) | Pro Rata | 40 | Secured | $18,800 | $16,605.70 | 3.25% | $144,730 |

The automatic stay shall be lifted and the Trustee shall case disbursement on account of any surrendered collateral as indicated above, without further order of the Court as of the date of filing hereof, pursuant to Paragraph 4e of General Order 2006-8.

### Distribution to Unsecured Creditors

To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority and Administrative Claims in full, such excess shall be paid pro-rata to timely filed allowed non-penalty general unsecured claims up to 100%, with any remaining balance refunded to Debtors.

### Reason for Modifications

__X__ (1) To cure plan arrears to the Trustee if any.

_____ (2) To provide or modify treatment for Secured, Priority or Unsecured claim not previously provided for in the plan.

_____ (3) To make plan sufficient (based on allowed claims).

_____ (4) To modify the Unsecured Creditors Pool from $ _____ to $ _____.

_____ (5) To modify percentage to Unsecured Creditors in a pre-10-17-05 case from _____% to _____%.

__X__ (6) Other: change 1st lien on mortgage to "pay direct" because Chase will not accept payments; change 2nd lien (also Chase) to "pro rata" to apply those payments.

## Debtor's attorney fee for this modification

Total amount of $400.00, of which $400.00 will be paid through the plan by the Trustee pro rata, after payment of specified monthly payments and before any other pro rata payments.

All other provisions as set forth in the last confirmed plan remain the same.

Date: December 1, 2011

/s/ Mark B. French
Mark B. French
State Bar No. 07440600

Law Office of Mark B. French
1901 Central Drive, Suite 704
Bedford, TX 76021
(817) 268-0505
(817) 268-0597 fax
mark@markfrenchlaw.com email

Attorney for Juan Jose Silva & Emigdia Silva