**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**(817) 770-8511 (FAX)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: )<br>JUAN JOSE SILVA )<br>EMIGDIA CISNEROS SILVA )<br>)<br>DEBTORS ) | CASE NO.: 09-43881-DML<br>CHAPTER 13<br>Pre-Hearing Conference:<br>Friday, October 26, 2012 @ 1:00 PM |

TRUSTEE'S MODIFICATION OF CHAPTER 13
PLAN AFTER CONFIRMATION
DATE:  September 27, 2012

**TO THE HONORABLE DENNIS MICHAEL LYNN,  U.S. BANKRUPTCY JUDGE:**

Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the Debtor's(s') original or last modified Chapter 13 Plan:

1. The **SECURED** claim of **JP MORGAN CHASE BANK** in the allowed amount of **$16,605.70** shall be **"PAID DIRECT"** by the Debtor(s).

2. To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority and Administrative Claims in full, such excess shall be paid pro-rata to allowed timely filed non-penalty general unsecured claims up to 100%, with any remaining balance refunded to Debtor(s).  The Unsecured Creditors' Pool will be adjusted accordingly.

3. All other provisions as set forth in the last confirmed plan remain the same.

Respectfully submitted,
By: **/s/ Tim Truman**

Tim Truman, Standing Chapter 13 Trustee
State Bar No. 20258000
Angela Allen, Staff Attorney
State Bar No. 00786970
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee's Modification of Chapter 13 Plan After Confirmation" was served by electronic mail to those persons enlisted to receive electronic notice, including the attorney for the Debtor and the United States Trustee, and was served by first class mail, postage prepaid, on the Debtor(s), at the address listed on the petition and/or schedules, and on the parties listed below, on September 27, 2012:

JUAN JOSE SILVA, EMIGDIA CISNEROS SILVA, PO Box 270432, Dallas, TX  75227
MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX  76021
JP MORGAN CHASE BANK, 3415 VISION DR, COLUMBUS, OH  43219

/s/ Tim Truman