**Filed by:**

**Mark B. French**
1901 Central Drive, Suite 704
Bedford, Texas 76021
(817) 268-0505
(817) 632-5413 fax
mark@markfrenchlaw.com email

**ATTORNEY FOR JUAN AND EMIGDIA SILVA**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-43881-DML-13 |
| **JUAN JOSE SILVA** | |
| | **CHAPTER 13** |
| **EMIGDIA CISNEROS SILVA** | |
| **DEBTORS** | **JUDGE D. MICHAEL LYNN** |

**DEBTORS' MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**
DATE: January 6, 2014

TO THE HONORABLE BANKRUPTCY JUDGE:

Pursuant to 11 USC 1329 the Debtors request the following modification(s) to the Debtors' original or last modified Chapter 13 plan:

**History of Case**

| | |
|---|---|
| PETITION DATE: | July 1, 2009 |
| 341 DATE: | August 11, 2009 |
| CONFIRMATION DATE: | January 5, 2010 |
| TOTAL PAID IN: | $42,130.00 |
| OLD PLAN BASE: | $44,030.00 |

**Changes to Trustee Payments**

Change monthly payment amount from $380.00 per month to the following: $1,380.00 per month, beginning in February 2014 for 5 months.

NEW PLAN BASE AMOUNT $49,030.00

**Changes to Payments to Creditors**

Change treatment of the following claim(s):

| Name | Collateral | Treatment | Claim No. | Sched. Class | Claim Amount | Amount | %Rate | Value |
|---|---|---|---|---|---|---|---|---|
| FROM: | | | | | | | | |
| Mark B. French | | Pay Direct | 1 | P | $4,500.00 | $4,500.00 | N/A | $4,500.00 |
| TO: | | | | | | | | |
| Mark B. French | | Pro Rata | 1 | P | $4,500.00 | $4,500.00 | N/A | $4,500.00 |

The automatic stay shall be lifted and the Trustee shall case disbursement on account of any surrendered collateral as indicated above, without further order of the Court as of the date of filing hereof, pursuant to Paragraph 4e of General Order 2006-8.

**Distribution to Unsecured Creditors**

To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority and Administrative Claims in full, such excess shall be paid pro-rata to timely filed allowed non-penalty general unsecured claims up to 100%, with any remaining balance refunded to Debtors.

**Reason for Modifications**

    X    (1) To cure plan arrears to the Trustee, if any.
    X    (2) To provide or modify treatment for Secured, Priority or Unsecured claim not previously provided for.
          (3) To make plan sufficient (based on allowed claims).
          (4) To modify the Unsecured Creditors' Pool from $_____ to $_____.
          (5) To set aside any pending interlocutory order.
    X    (6) Other: *to change attorney, Mark B French's fees approved (Docket No. 63) from direct pay to pro rata for the remaining of the Debtors' Chapter 13 Plan.*

All other provisions as set forth in the last confirmed plan remain the same.

**Debtor's attorney fee for this modification**

Total amount of $400.00, of which $400.00 will be paid through the plan by the Trustee pro rata, after payment of specified monthly payments and before any other pro rata payments.

All other provisions as set forth in the last confirmed plan remain the same.

Date: January 6, 2014

    /s/ Mark B. French
    Mark B. French
    State Bar No. 07440600

    Law Office of Mark B. French
    1901 Central Drive, Suite 704
    Bedford, TX 76021
    (817) 268-0505
    (817) 632-5413 fax
    mark@markfrenchlaw.com email

    ATTORNEY FOR JUAN AND EMIGDIA SILVA